UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 15-50411 |
| Steven Haddox | | |
| Ruthann Haddox, | : | Chapter 13 |
| Debtor(s). | : | Judge John E. Hoffman Jr. |

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Faye D. English, Standing Chapter 13 Trustee herein, and pursuant to 11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated: August 29, 2016    /s/ Faye D. English
Faye D. English (#0075557)
Chapter 13 Trustee
10 W. Broad Street, Suite 900
Columbus, OH 43215
614-420-2555 telephone
614-420-2550 facsimile
faye.english@ch13columbus.com

Name and Address                Amount
Car Loan LLC                    $2,007.60
2501 N. Federal HWY
Boca Raton, FL 33431